GUSHIN CONSTRUCTION CORP. v.
ROBERT ROSE AND ROSINA ROSE.

July 11, 1978. Petition for certification denied.

LESLIE BLAU CO. v. RAYMOND E. REITMAN.

July 11, 1978. Petition for certification denied. (See 157 *N. J. Super.* 173)

STATE OF NEW JERSEY v. PEDRO JUAN COLON.

July 11, 1978. Petition for certification denied.

TOMS RIVER MOBILE HOME PARK, INC. v.
THE MAYOR AND TOWNSHIP COMMITTEE OF DOVER.

July 11, 1978. Petition for certification denied.

SUNSHINE BISCUITS, INC. v. BOROUGH OF SAYREVILLE.

July 11, 1978. Petition for certification denied.

PAULETTE WHITE v.
THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY.

July 11, 1978. Petition for certification denied.